**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-1444**

───────────

MITCHELL COLE JORDAN,

   Plaintiff – Appellant,

 v.

DENNIS R. MOORE, II,

   Defendant – Appellee,

 and

JOEL IRA SHER,

   Trustee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (1:09-cv-02882-WMN; BK-07-15516; AP-07-00684)

───────────

Submitted: December 16, 2010   Decided: January 11, 2011

───────────

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Curtis C. Coon, COON & COLE, LLC, Towson, Maryland, for Appellant. Gerald Danoff, DANOFF & KING, P.A., Towson, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

      Mitchell Cole Jordan appeals from the district court's order upholding the bankruptcy court's determination that Jordan's debt to Dennis R. Moore, II, is nondischargeable in bankruptcy. Our review of the record and the briefs filed by the parties discloses no reversible error. Accordingly, we affirm for the reasons stated by the lower courts. <u>Jordan v. Moore</u>, Nos. 1:09-cv-02882-WMN; BK-07-15516; AP-07-00684 (D. Md. Mar. 16, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>